The Honorable Timothy W. Dore
CHAPTER 7

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 12-19206
NYKREIM, MICHAEL K )
NYKREIM, LAURIE A ) REPORT OF UNCLAIMED FUNDS
)
Debtor(s). )

COMES NOW the Trustee, Nancy L. James, and files this Report of Unclaimed Funds as follows:

1. The following funds were disbursed pursuant to order of this Court and remain unclaimed.

2. The Trustee hereby deposits the same with the Registry of the Bankruptcy Court:

| Creditors Name and Address | Dividend |
|---|---|
| Tom Marvin/TKM Corp<br>c/o Martin Snodgrass<br>3302 Oakes Ave<br>Everett, WA 98201 | 11,331.81 |

DATED: This 20th day of January, 2016

Nancy L. James
Trustee

UNCLAIMED FUNDS REPORT - 1

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA 98296
(425) 485-5541