# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re: Michael K Nykreim
Laurie A Nykreim

Debtor(s).

Case Number: 12-19206

**Petition for Payment
of Unclaimed Funds**

1. I am petitioning to receive funds in the total amount of $ 11,331.81 , which amount was paid into the Court on
January 25, 2016 [date(s)] by the case trustee as unclaimed funds on behalf of the following creditor/debtor:

   Name: TKM Corp

   Address: 10512 NE 68th St #102 Kirkland WA 98033

   Last four digits of SS# or Tax ID#: 01-0703778

2. I believe I am entitled to receive the requested funds based upon the following [*check the statement(s) that apply*]:

   ☒ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this
   Court, as evidenced by the attached documents, including a current driver's license and social security card
   (if an individual).

   ☐ b. I am the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds,
   and am authorized by the attached notarized, original, Power of Attorney to file this application on the behalf
   of the creditor/debtor.

   ☐ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or
   successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership
   and/or assignment.

   ☒ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a
   representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation,
   including, if applicable, the corporate seal.

   ☐ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the
   attached certified copies of death certificate and other appropriate probate documents which substantiate my
   right to act on behalf of the decedent's estate.

   ☐ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled
   to such monies because: _____

   _____

   _____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these
funds.

4. Pursuant to 28 U.S.C. § 2042, on Feb 1 2016 [date], I mailed a copy of this completed application (with all
supporting documentation) to: United States Attorney, 700 Stewart St., Ste. 5220, Seattle WA 98101-1271.

---

I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated: _Feb 3 2016_

Petitioner's Signature

Petitioner's Name _Thomas K Marvin (TKM Corp)_

Address _10512 NE 68th St #102_
_Kirkland WA 98033_

Telephone Number _(425) 260 0496_

NOTARY:

On this day, _Feb 3rd 2016_, I certify that I know or have satisfactory evidence that (insert name and title of signer) _Thomas K. Marvin, President, TKM Corp._ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

(SEAL)

Notary Public
My commission expires _10/21/2016_
State of _Washington_
Residing at _King County_

Notary Public
State of Washington
MICHAEL R MORRISON
My Appointment Expires Oct 21, 2016